**Appeal dismissed and Memorandum Opinion filed October 17, 2023.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-23-00560-CR

---

### WALTERS JULIUS WASHINGTON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

### On Appeal from the 482nd District Court
### Harris County, Texas
### Trial Court Cause No. 1751550

---

## M E M O R A N D U M   O P I N I O N

Appellant entered a plea of guilty for the offense of aggravated assault with a deadly weapon. Appellant and the State agreed that appellant's punishment would not exceed confinement in prison for more than eight years. In accordance with the terms of this plea bargain agreement with the State, the trial court sentenced appellant to confinement for eight years. We dismiss the appeal.

The trial court entered a certification of the defendant's right to appeal in which the court certified that this is a plea bargain case and the defendant has no

right of appeal, indicating we have no jurisdiction over the appeal. *See* Tex. R. App. P. 25.2(a)(2). An agreement that places a cap on punishment is a plea bargain for purposes of Texas Rule of Appellate Procedure 25.2(a)(2). *Shankle v. State*, 119 S.W.3d 808, 813 (Tex. Crim. App. 2003); *Waters v. State*, 124 S.W.3d 825, 826–27 (Tex. App.—Houston [14th Dist.] 2003, pet. ref'd) (holding reviewing court lacked jurisdiction when defendant pleaded guilty with a sentencing cap of ten years, even though trial judge mistakenly certified defendant had right of appeal); *Threadgill v. State*, 120 S.W.3d 871, 872 (Tex. App.—Houston [1st Dist.] 2003, no. pet.) (holding statement in record indicating no agreed recommendation existed did not convert proceeding into an open plea in which plea was entered pursuant to agreed sentencing cap).

Because appellant's plea was made pursuant to a plea bargain, he may appeal only matters raised by a written pre-trial motion or with the trial court's permission. *See* Tex. R. App. P. 25.2(a)(2).  Appellant does not challenge any pre-trial rulings.

Accordingly, we dismiss the appeal for want of jurisdiction.

PER CURIAM

Panel consists of Justices Jewell, Spain, and Wilson.

Do Not Publish — Tex. R. App. P. 47.2(b).